**FILED**

07/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0050

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0050

_____

IN RE: THE PARENTING OF:

P.H.R. and P.H.R,

    Minor Children,

MARLEN DELANO RUSSELL,

       Petitioner and Appellee,

    and

SARAH PATRICIA RUSSELL,

       Respondent and Appellant.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 21 2021